UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HELENE SIRINAKIS, an infant by her natural mother
and legal guardian, ANDREA J. SMITH and ANDREA
J. SMITH, individually,

                      Plaintiffs,

   -against-

THE VILLAG OF PORT CHESTER and POLICE
OFFICER T. MUNNELLY (ID # 110), Individually,

                      Defendants.
-------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 3033 (SCR)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       April 14, 2008

                                       MIRANDA SOKOLOFF SAMBURSKY
                                       SLONE VERVENIOTIS, LLP
                                       Attorneys for Defendants

                                       By: _____
                                           BRIAN S. SOKOLOFF (bss-7147)
                                     240 Mineola Boulevard
                                     The Esposito Building
                                     Mineola, New York 11501
                                     (516) 741-7676
                                     Our File No. 07-227

TO:    ANDREA J. SMITH, Plaintiff, *pro se*
       c/o Goldberg Segalla
       170 Hamilton Avenue, Suite 203
       White plains, New York 10601