MSSSV

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°◊
MICHAEL V. LONGO
MELISSA L. HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

MEMO ENDORSED

RECEIVED
USDC-WP-SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

August 22, 2008

Hon. George A. Yanthis
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Smith/Sirinakis v. Village of Port Chester, et al.
Docket No. 08 Civ. 3033 (SCR)
Our File No. 07-227

Dear Magistrate Judge Yanthis:

As Your Honor directed at the August 21, 2008 conference:

(1) I have been advised by the Port Chester Police Department that the selection process for Police Officer in the Village of Port Chester, administered by Westchester County, does not include psychological testing.

(2) Enclosed, for *in camera* inspection, please find:

a. Plaintiff's personnel file (denoted as "Document Group A). It does not contain anything relevant to the above-referenced lawsuit;

b. Self-explanatory documents (denoted as "Document Group B) that very remotely pertain to plaintiff. They, too, are not relevant to the above-referenced lawsuit

The Court has carefully reviewed in camera the records referenced herein. None of said records are relevant and not subject to discovery. SO ORDERED. George A Yanthis, USMJ 9/3/08